IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DRS. KIRAN & PALLAVI PATEL
2017 FOUNDATION FOR GLOBAL
UNDERSTANDING, INC.                                          PLAINTIFF

v.                      No. 3:19-cv-175-DPM

DAVID B. HUNT & MELISSA D.
HUNT, both d/b/a Hunt Properties;
and HUNT HOSPITALITY JONESBORO,
AR LLC                                                       DEFENDANTS

## JUDGMENT

The case is dismissed with prejudice. The Court retains jurisdiction until 2 August 2019 to enforce the parties' settlement agreement.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 July 2019